IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:15CV23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | EXTENDING STAY |
| 318 Jody Street, et al, | ) | |
| | ) | TO APRIL 1, 2016 |
| Defendants. | ) | |
| | ) | |

UPON THE JOINT MOTION of the United States and the Claimants and for good cause shown, the Court extends the Stay in this case until **April 1, 2016**.

Signed: December 18, 2015

_____
Dennis L. Howell
United States Magistrate Judge

1