## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15cv23

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **318 JODY STREET, EAST FLAT** | ) | |
| **ROCK, HENDERSON COUNTY,** | ) | |
| **NORTH CAROLINA, as described in** | ) | |
| **Deed Book 851 at Page 485 in the** | ) | |
| **Henderson County Registry, being real** | ) | |
| **property, approximately .34 acres,** | ) | |
| **together with the residence, and all** | ) | |
| **appurtenances, improvements, and** | ) | |
| **attachments thereon, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Stay [# 17]. Previously, the Court stayed this civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(2). (Order, Apr. 24, 2015, ECF No. 12.) The Court has twice extended the stay upon a showing by the Government that a continuation of the stay was warranted. (Order, Jul. 23, 2015, ECF No. 14; Order, Dec. 18, 2015, ECF No. 16.) Upon a review of the record in this case, the Court finds that the continuation of the existing stay is warranted. The Court **GRANTS** the motion [# 17]. The Court **EXTENDS** the Stay in this case until September 1, 2016.

Signed: April 4, 2016

Dennis L. Howell
United States Magistrate Judge