# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cv 23

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **318 JODY STREET, EAST FLAT** ) | |
| **ROCK, HENDERSON COUNTY,** ) | |
| **NORTH CAROLINA, as described in** ) | |
| **Deed Book 851 at Page 485 in the** ) | |
| **Henderson County Registry, being real** ) | |
| **Property, approximately .34 acres,** ) | |
| **together with the residence, and all** ) | |
| **appurtenances, improvements, and** ) | |
| **attachments thereon, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS MATTER has come before the undersigned pursuant to a review of the file in this matter. On April 24, 2015 the undersigned granted a motion that had been filed by the claimants to stay this matter (#12). Thereafter, additional motions to stay were filed and orders were entered by the undersigned on July 23, 2015 (#14); December 18, 2015 (#16); and April 4, 2016 (#18). The Order of April 4, 2016 (#18) extended the stay until September 1, 2016.

The time for the stay has expired and no motion to stay has been filed since the time of the expiration , that being September 1, 2016. As a result, the

undersigned will enter this Order dissolving any stay in this matter and will direct that claimants file an answer or other responsive pleading to the Complaint of the Plaintiff on or before **October 14, 2016**. Should no answer or other responsive pleading be filed, then Plaintiff should seek such other and further relief as it may deem just, wise and proper or this Court will enter a Recommendation that the Complaint be dismissed.

Signed: September 30, 2016

Dennis L. Howell
United States Magistrate Judge